Filed 12/20/16 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2016 ND 243

In the Interest of E.G.U., a child

Jacqueline A. Gaddie, Assistant State’s Attorney, Petitioner and Appellee

v.

E.G.U., a child, R.U., mother, Respondents

R.U., mother, Respondent and Appellant

No. 20160355

In the Interest of J.E.U., a child

Jacqueline A. Gaddie, Assistant State’s Attorney, Petitioner and Appellee

v.

J.E.U., a child, R.U., mother, Respondents

R.U., mother, Respondent and Appellant

No. 20160356

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Jon J. Jensen, Judge.

AFFIRMED.

Per Curiam.

Jacqueline A. Gaddie, Assistant State’s Attorney, and Ashley Hinds, under the Rule on Limited Practice of Law by Law Students, P.O. Box 5607, Grand Forks, N.D. 58206-5607, for petitioner and appellee; submitted on brief.

Mark T. Blumer, P.O. Box 7340, Fargo, N.D. 58106, for respondents and appellant; submitted on brief.

Interest of E.G.U. & Interest of J.E.U.
 

Nos. 20160355 & 20160356

Per Curiam.

[¶1] The mother, R.U., appeals from a juvenile court judgment terminating her parental rights.  The juvenile court found the children are deprived, the conditions and causes of the deprivation are likely to continue, the children are suffering or will probably suffer serious harm, and the children have been in foster care for at least 450 out of the previous 660 nights.  The mother argues there was not clear and convincing evidence the deprivation was likely to continue.  We conclude the court’s findings are not clearly erroneous and the court made alternate findings sufficient to terminate parental rights.  
See
 N.D.C.C. § 27-20-44(1)(c).  We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7); 
In re R.L.-P.
, 2014 ND 28, ¶¶ 19-23, 842 N.W.2d 889.

[¶2] Gerald W. VandeWalle, C.J.

Carol Ronning Kapsner

Lisa Fair McEvers

Daniel J. Crothers

Dale V. Sandstrom